IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

QUINCY SMITH,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No. 5D23-1241
LT Case Nos. 2021-CF-33240
            2019-CF-48985

_____/

Decision filed June 20, 2023

3.800 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Quincy Smith, Wewahitchka, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.

MAKAR, WALLIS and JAY, JJ., concur.